# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON ALEXANDER, | No. 2:19-CV-0855-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| D. WOODFORD, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is defendants' unopposed motion to modify the schedule for this litigation. See ECF No. 25. Good cause appearing therefore, the schedule issued on January 29, 2020, ECF No. 19, is modified as follows: the parties may conduct discovery until October 26, 2020, and dispositive motions shall be filed by January 25, 2021. All other provisions of the January 29, 2020, scheduling order remain in effect.

IT IS SO ORDERED.

Dated: September 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1